# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| BRANNON CASTLEBERRY, | : |
|                 Plaintiff, | : C.A. No. 9:22-cv-4133-RMG |
| v. | : |
| SIDNEY POWELL, SIDNEY POWELL, P.C., AND DEFENDING THE REPUBLIC, INC., | : |
|                 Defendants. | : |

## POWELL DEFENDANTS' RESPONSES
## TO LOCAL CIV. RULE 26.01 INTERROGATORIES

Defendants Sidney Powell and Sidney Powell, P.C., by and through their undersigned counsel, hereby submit the following Responses to Local Civil Rule 26.01 (D.S.C.):

(A)    State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**Answer**:  None known.

(B)    As to each claim, state whether it should be tried jury or nonjury and why.

**Answer**:  Plaintiff has demanded a jury trial.

(C)    State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**Answer**:  Not applicable.

(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**Answer:  Plaintiff has alleged that the alleged acts or omissions occurred within the Beaufort Division.  Powell Defendants assert that, respectfully, this Court lacks personal jurisdiction and that none of the criteria under Local Civ. Rule 3.01 (D.S.C.) apply in this matter.**

(E)    Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Answer:  None known at this time.**

(F)    [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**Answer:  Not applicable.**

(G)    [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**Answer:** Plaintiff's claims are allegedly based on the actions of Dominion Voting Systems, Inc. *See* **Complaint, ECF 1, at ¶¶ 26-29.**

(H) Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**Answer:** Sidney Powell is a resident of the State of Texas. Sidney Powell, P.C. is a law firm organized under the laws of the State of Texas and with its principal place of business in Texas.

[SIGNATURE APPEARS ON NEXT PAGE]

Respectfully submitted,

CHANDLER & DUDGEON LLC

s/Amanda K. Dudgeon
Amanda K. Dudgeon, Fed ID 9681
E-Mail: mandi@chandlerdudgeon.com
P.O. Box 547
Charleston, SC 29402
Phone: (843) 577-5410
Fax: (843) 577-5650

Joshua A. Mooney
Joshua.Mooney@kennedyslaw.com
(*pro hac vice* motion forthcoming)
Kennedys
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Phone: (267) 479-6706
Fax: (215) 665-8475

Marc Casarino
marc.casarino@kennedyslaw.com
(*pro hac vice* motion forthcoming)
Kennedys
919 North Market Street, Suite 1550
Wilmington, DE 19801
Phone: (302) 308-6647
Fax: (302) 308-6646

*Attorneys for Defendants Sidney Powell and Sidney Powell, P.C.*

Dated: April 10, 2023