AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Brannon Castleberry, <br> *Plaintiff* <br> v. <br> Sidney Powell, Sidney Powell PC, Defending the Republic Inc <br> *Defendant* | Civil Action No.   9:22-cv-04133-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Case is closed due to Lack of Jurisdiction

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding.

Date:   May 16, 2023                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                s/D. Gray

                                                    *Signature of Clerk or Deputy Clerk*